**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MIDWEST REGIONAL BANK,**

    **Plaintiff,**

v.                                                                    **Case No.: 8:25-cv-00590-JSM-AAS**

**STT ACQUISITION, INC., ET AL.,**

    **Defendant.**

_____/

**ORDER**

Plaintiff Midwest Regional Bank (Midwest) moves for entry of a clerk's default against Defendants, American Express National Bank (AMEX) and United States Department of Housing and Urban Development (HUD). (Doc. 39). The motion is **GRANTED in part and DENIED in part**.

**I.     American Express National Bank**

Midwest's properly served AMEX. On December 22, 2025, Midwest filed a return of service for AMEX. (Doc. 36). This return of service shows the process server served AMEX's registered agent. (*Id.*). Therefore, service is proper, and Midwest's motion for entry of a clerk's default against AMEX is **GRANTED.** The clerk is directed to enter default against AMEX.

1

## II.    United States Department of Housing and Urban Development

Midwest did not properly serve HUD. On April 21, 2025, Midwest filed a return of service for HUD.  (Doc. 15). This return of service shows a copy of the summons and complaint was delivered to "Liana Tarro as clerk for [HUD], Attn: Office of Regional Counsel, at the address of: 300 N Hogan ST #700, Jacksonville, FL 33202." (*Id.*). The court denied Midwest's first motion for entry of clerk's default based on this insufficient service attempt. (Doc. 28).

Subsequently, on November 3, 2025 Midwest filed a return of service and affidavit of compliance regarding service for HUD. (Docs. 34, 35). These filings show Midwest served the U.S. Attorney for the Middle District of Florida and the Attorney General of the United States.

"To serve a United States agency . . . a party must serve the United States *and* also send a copy of the summons and of the complaint by registered or certified mail to the agency." Fed. R. Civ. P. 4(i)(2) (emphasis added). Midwest has not proved that it sent a copy of the summons and complaint by registered or certified mail to HUD. Therefore, Midwest has not properly served HUD and Midwest's motion for entry of a clerk's default against HUD is **DENIED**.

## III.    Conclusion

Midwest's motion for entry of clerk's default is **GRANTED** against AMEX. The Clerk is directed to enter default against AMEX. Midwest's motion

for entry of clerk's default is **DENIED** against HUD. Midwest must serve HUD

by **April 17, 2026**.

      **ORDERED** in Tampa, Florida on March 16, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge